# Third District Court of Appeal
## State of Florida

Opinion filed February 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0347
Lower Tribunal No. A85TGEE

_____

**Gonzalo Sanchez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the County Court for Miami-Dade County, Julie Harris Nelson, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.